IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON SMITH,

    Plaintiff,

v.                                     Case No.: 3:22-cv-00387

RAGLAND CORP,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, BRANDON SMITH and Defendant, RAGLAND CORP, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 25th day of January, 2023.

                                                  RESPECTFULLY SUBMITTED;

                                                  */s/Rebecca J. Hutto*
                                                  REBECCA J. HUTTO #39252
                                                  Attorney for Plaintiff
                                                  208 Adams Avenue
                                                  Memphis, Tennessee 38103
                                                  (901) 523-1844 – phone
                                                  (901) 523-1857 – fax
                                                  rebecca@wcwslaw.com

                                                  s/ *Charles H. Williamson*
                                                  Charles H. Williamson (TN BPR No. 018287)
                                                  Rachel Tom-Quinn (TN BPR No. 039559)

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Email: charley.williamson@wallerlaw.com
rachel.tomquinn@wallerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January, 2023, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

*/s/ Rebecca J. Hutto*

**SERVICE LIST**

Charles H. Williamson
Rachel Tom-Quinn
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Email: charley.williamson@wallerlaw.com
rachel.tomquinn@wallerlaw.com