**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

---

**BRANDON SMITH,**

     **Plaintiff,**

**v.**                         **Case No. 3:22-cv-00387**

**RAGLAND CORP,**

     **Defendant.**

---

STIPULATION OF DISMISSAL

---

     The parties state that this case has been resolved and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 2nd day of February, 2023.

     By:*/s/Rebecca J. Hutto*
       Rebecca J. Hutto, Esq. #39252
       Wampler, Carroll, Wilson & Sanderson PLLC
       208 Adams Ave.
       Memphis, TN 38103
       (901) 523-1844
       rebecca@wcwslaw.com

     *s/ Charles H. Williamson*
     Charles H. Williamson (TN BPR No. 018287)
     Rachel Tom-Quinn (TN BPR No. 039559)
     Waller Lansden Dortch & Davis, LLP
     511 Union Street, Suite 2700
     Nashville, Tennessee 37219
     Telephone:    (615) 244-6380
     Email: charley.williamson@wallerlaw.com
               rachel.tomquinn@wallerlaw.com

1